UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CASE NO.: 1:16-cv-03579-GLR

**CLAUDIO DE FREITAS**

    Petitioner,

v.

**CATHERINE MORRIS DE FREITAS**

    Respondent.

_____/

## NOTICE OF RETURN OF CHILDREN TO BRAZIL

1. The Court entered a Voluntary Return Order Directing Return of Minor Children to Brazil (VRO) on December 19, 2016.

2. Pursuant to Paragraph 7 of the VRO, "… upon the return of the minor children to Brazil, the Father shall file a notice in this Court that the minor children have been returned."

3. The minor children have, in fact, been returned to Brazil on January 24, 2017.

4. Pursuant to Paragraph 7 of the VRO, "Upon the filing of Father's notice, this matter shall be DISMISSED WITH PREJUDICE."

/s/ Melissa A. Kucinski
_____
Melissa A. Kucinski
Bar No.:17653
MK Family Law, PLLC
1750 K Street, 8th Floor
Washington, D.C. 20006
(202) 713-5165
(202) 968-6813 (fax)
melissa@mkfamilylawfirm.com
*Attorney for Petitioner,*
*Claudio de Freitas*

APPROVED THIS 25th DAY OF Jan. 2017

_____
GEORGE L. RUSSELL, III, U.S.D.J.

1